UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Bou JABBOUR, *et al.*,  ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Antony J. BLINKEN, Secretary of the ) <br> Department of State*, et al.*, ) <br> ) <br> Defendants. ) | Civ. A. No. 1:22-cv-00451-APM |

**NOTICE OF UPDATED PROCESSING AND INTERVIEW APPOINTMENT SCHEDULING STATISTICS**

Defendants write to update the Court about the status of the processing and scheduling of cases for the Fiscal Year ("FY") 2022 DV program and of Plaintiffs in *Jabbour v. Blinken*, Civ. A. No. 1:22-cv-00451-APM.

Plaintiffs are 71 selectees for the FY22 DV program, alleging that the U.S. Department of State has unlawfully withheld or unreasonably delayed the processing of their visa cases. *See generally* ECF No. 5, Amended Complaint. As of June 23, 2022, 25 Plaintiffs have had their DV applications adjudicated, Suppl. Decl. of Joseph F. Carilli, Jr. (June 24, 2022) (attached hereto as Exhibit A), and 29 additional Plaintiffs—or a total of 54 Plaintiffs—have been scheduled for DV interviews, *see* Suppl. Decl. of Morgan Miles, Attach. 1 (June 24, 2022) (attached hereto as Exhibit B). Three Plaintiffs are not yet eligible to be scheduled for an interview because their rank numbers are not yet current. *See* Miles' Suppl. Decl., Attach. 1 at 1.

More generally, as of June 23, 2022, the Kentucky Consular Center ("KCC") had completed processing of 48,045 FY22 DV cases, associated with 101,280 prospective applicants.[1]

---

[1] "Prospective applicants" includes both DV selectees and their derivative beneficiaries.

Miles' Suppl. Decl. ¶ 3; *cf.* ECF No. 13-2 ¶ 2 (stating that as of May 31, 2022, KCC had completed processing more than 45,600 FY22 DV cases, comprised of more than 95,800 prospective applicants); ECF No. 11-3 ¶ 11 (stating that as of May 9, 2022, KCC had completed processing more than 30,100 FY22 DV cases, comprised of more than 63,800 prospective applicants). By the same date, KCC had also scheduled interviews for 26,373 FY22 DV cases, associated with 55,034 prospective applicants. Miles' Suppl. Decl. ¶ 4; *cf.* ECF No. 13-2 ¶ 3 (stating that as of May 31, 2022, KCC had scheduled interviews for more than 20,400 FY22 DV cases, comprised of 42,500 prospective applicants); ECF No. 11-3 ¶ 12 (stating that as of May 9, 2022, KCC had scheduled interviews for more than 16,900 FY22 DV cases, comprised of more than 34,900 prospective applicants).

DATED: June 24, 2022                                         Respectfully submitted,

BRIAN M. BOYNTON                                             *s/William C. Bateman III*
Principal Deputy Assistant Attorney General                  WILLIAM C. BATEMAN III
Civil Division                                               Trial Attorney
                                                             Tennessee Bar No. 034139
WILLIAM C. PEACHEY                                           U.S. Department of Justice, Civil Division
Director                                                     Office of Immigration Litigation - DCS
Office of Immigration Litigation - DCS                       P.O. Box 868, Ben Franklin Station
                                                             Washington, DC 20044
COLIN A. KISOR                                               T: (202) 532-4067
Deputy Director                                              F: (202) 305-7000
                                                             William.c.bateman@usdoj.gov
JORDAN K. HUMMEL
Trial Attorney

                                                             *Counsel for Defendants*