## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Bou JABBOUR, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 1:22-cv-00451-APM |
| | ) | |
| Antony J. BLINKEN, Secretary of the Department of State*, et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT STATUS REPORT

Pursuant to the Court's request at the August 25, 2022 status conference, the Parties hereby notify the Court that as of September 1, 2022, of the 71 Plaintiffs in *Jabbour v. Blinken*, Civ. A. No. 1:22-cv-00451-APM, thirteen (13) Plaintiffs have not been scheduled for an interview appointment.

Plaintiffs, given the lack of movement on the remaining thirteen cases, intend to file a motion for a preliminary injunction requesting a ruling by September 28, 2022.

DATED:  September 1, 2022                    Respectfully submitted,

BRIAN M. BOYNTON                         __/s/ Charles H. Kuck__
Principal Deputy Assistant Attorney General   Charles H. Kuck
Civil Division                           Kuck Baxter Immigration, LLC
                                         365 Northridge Rd, Suite 300
WILLIAM C. PEACHEY                       Atlanta, GA 30350
Director                                 ckuck@immigration.net
Office of Immigration Litigation - DCS   D.C. Bar ID: GA429940

WILLIAM C. SILVIS                        Aaron C. Hall
Assistant Director                       Joseph & Hall P.C.
                                         12203 East Second Avenue
JORDAN K. HUMMEL                         Aurora, CO 80011
Trial Attorney                           (303) 297-9171
                                         aaron@immigrationissues.com
                                         *Appearing pro hac vice*

*Counsel for Plaintiffs*

*s/William C. Bateman III*_____

WILLIAM C. BATEMAN III
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation - DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
T: (202) 532-4067
F: (202) 305-7000
William.c.bateman@usdoj.gov

*Counsel for Defendants*