UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL BOU JABBOUR, *et al.*, | ) )  ) |
| Plaintiffs, | ) ) |
| v. | ) )  Case No. 22-cv-00451 (APM) |
| ANTONY J. BLINKEN, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

### ORDER TO SHOW CAUSE

On September 7, 2022, Plaintiffs filed a motion for preliminary injunction against Defendants, asking the court to require Defendants to schedule their diversity visa interviews before the end of the fiscal year, September 30, 2022. *See* ECF No. 6. This court denied Plaintiff's motion. *See* ECF No. 23. Given the expiration of the fiscal year 2022 diversity visa program, Plaintiffs shall show cause by October 10, 2022, why this matter shall not be dismissed as moot. *Cf. Almaqrami v. Pompeo*, 933 F.3d 774, 781 (D.C. Cir. 2019) (observing that courts have dismissed cases as moot where the "plaintiff files suit before the selection FY ends but the court fails to act on that request until after September 30, at which point the State Department lacks authority to issue a diversity visa sought in the prior fiscal year").

Dated: October 3, 2022

Amit P. Mehta
United States District Court Judge